UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ADAM J. COOPER,

    Petitioner,        Case No. 1:09cv40

v.                Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

    Respondent.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

  The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on April 11, 2011.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

  **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 11, 2011, is approved and adopted as the opinion of the court.

  **IT IS FURTHER ORDERED** that plaintiff's petition for attorney fees (docket no. 17) is GRANTED in part and that defendant pay plaintiff attorney fees in the amount of $4,093.75.

               /s/Robert J. Jonker
               ROBERT J. JONKER
               UNITED STATES DISTRICT JUDGE

DATED:  July 29, 2011.